United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.K.,

Plaintiff,

v.

SSA COMMISSIONER,

Defendant.

Case No. 25-cv-08132-SVK

**JUDGMENT**

Pursuant to the Court's August 21, 2026, order reversing the Commissioner's decision and remanding the case to the Commissioner for the calculation and award of benefits, judgment is entered in favor of Plaintiff and against the Commissioner. The Clerk of Court shall close the file in this matter.

**SO ORDERED.**

Dated: August 21, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge